HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LOREN SHAWN PATRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-MJ-00066-DB |
|---|---|---|
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION HEARING** |
| vs. | ) | |
| JACEY ALEXANDRA POWELL; BRANDON LEE MOSES; AND LOREN SHAWN PATRICK, | ) | Date: April 12, 2018<br>Time: 2:00 p.m.,<br>Judge: Hon. Carolyn K. Delaney |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michelle Rodriguez, Attorney for Plaintiff, Christopher Richard Cosca, Attorney for Defendant Jacey Alexandra Powell, Michael L. Chastaine, Attorney for Defendant Brandon Lee Moses and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Loren Shawn Patrick, **that the Preliminary Examination Hearing scheduled for April 12, 2018 be vacated and be continued to May 10, 2018 at 2:00 p.m.,**

The Complaint in this case was filed on March 22, 2018. Defendant, Loren Shawn Patrick appeared before Magistrate Judge Deborah Barnes on March 23, 2018. Defendants Jacey Alexandra Powell and Brandon Lee Moses appeared before Magistrate Judge Edmund F. Brennan on March 29, 2018. A preliminary hearing was set for all three defendants for April 12,

1  2018.

2      By this stipulation, the parties jointly waive a prompt preliminary hearing date before the
3  duty magistrate judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and
4  request a preliminary hearing on May 10, 2018 at 2:00 p.m., before the duty magistrate judge.
5  The parties stipulate that the delay is required to allow the defense reasonable time for
6  preparation, government's continuing investigation of the case, and to explore alternative
7  resolution. The parties further agree that the interests of justice served by granting this
8  continuance outweigh the best interests of the public and the defendant in a speedy trial.

9      The parties agree that good cause exists for the extension of time, and that the extension
10  of time would not adversely affect the public interest in the prompt disposition of criminal cases.
11  Therefore, the parties request that the time between April 12, 2018, and May 10, 2018, be
12  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

13

14                                            Respectfully submitted,

15  Date: April 6, 2018                    McGREGOR W. SCOTT
                                             United States Attorney
16

17                                              */s/Michelle Rodriguez*
                                             MICHELLE RODRIGUEZ
18                                               Assistant U.S. Attorney
                                             Attorney for Plaintiff
19

20  Date: April 6, 2018                    */s/ Christopher Richard Cosca*
                                             CHRISTOPHER RICHARD COSCA
21                                               Attorney for Defendant
                                             JACEY ALEXANDRA POWELL
22

    Date: April 6, 2018                    */s/ Michael L. Chastaine*
23                                               MICHAEL L. CHASTAINE
                                             Attorney for Defendant
24                                               BRANDON LEE MOSES

25                                               HEATHER E. WILLIAMS
                                             Federal Defender
26

    Date: April 6, 2018                    */s/ Jerome Price*
27                                               JEROME PRICE
                                             Assistant Federal Defender
28                                               Attorneys for Defendant
                                             LOREN SHAWN PATRICK

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 6, 2018.  The Court hereby finds that the Stipulation demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 10, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). **It is further ordered the April 12, 2018 Preliminary Examination Hearing shall be continued until May 10, 2018, at 2:00 p.m., before Hon. Allison Claire.**

Dated:  April 9, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE