UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 19, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LOREN SHAWN PATRICK,

Defendant.

Case No.  2:18-cr-00079-MCE

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LOREN SHAWN PATRICK

Case No.  2:18-cr-00079-MCE  Charges 18 USC § 2, 1344, 2,2114(b), 1708 from

custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

X        Unsecured Appearance Bond $    50,000 co-signed by
                                        Shawn Patrick and

_____                                 Laura mays

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

                                                mays
         (Other): Third party custody of Laura Maze and Pretrial

X        Supervision conditions as stated on the record in open

_____  court.

Issued at Sacramento, California on April 19, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman