1  MCGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>LOREN SHAWN PATRICK,<br>　　　　Defendant. | CR NO. 18-079-MCE |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>JACEY ALEXANDRA POWELL,<br>　　　　Defendant. | CR NO. 18-083-JAM<br><br>MOTION TO RELATE CASES AND RELATED CASE ORDER AND MOTION TO SET CR 18-083 FOR HEARING |

Under Local Rule 83-123, the United States notifies this Court of the filing of a related case and the United States further moves that the case be related. In addition to moving to relate the cases before the same jurist, the United States requests that this Court set the latter case – the above referenced matter denoted CR 18-083 -- on the 4/27/18 2:00 p.m. MAGISTRATE COURT calendar for waiver of indictment and arraignment on the underlying Information.

On 3/22/18, a complaint (Mag No 18-066) was issued against, inter alia, defendant Patrick and defendant Powell. The complaint charged each defendant with, among other offenses, possessing proceeds from a 3/9/18 armed robbery of a U.S. Mail Carrier and with bank fraud stemming from use of

robbery proceeds (financial instrument contents from within stolen U.S. Mail).

On 4/19/18, defendant Patrick was charged by Information (CR 18-079-MCE) with, among other offenses, crimes related to possessing proceeds from the 3/9/18 armed robbery of the US Mail Carrier and Bank Fraud related to use of proceeds from the armed robbery. On 4/19/18, in Magistrate Court, Patrick waived Indictment and after Arraignment, the matter was scheduled for change of plea before Judge England on 5/10/18. On 4/20/18, defendant Powell was charged by Information (CR 18-083-JAM) with participating in the armed robbery, with bank fraud and aggravated i.d. theft, and with possession stolen U.S. Mail, all such crimes related to the 3/9/18 armed robbery of the US Mail Carrier.

Following Local Rule 83-123, sections (a) and (c), the United States, with the stipulation and agreement of defendant Powell (by and through her counsel, Christopher Cosca, Esq), hereby moves that the latter case, namely the Information against Powell in CR 18-083 be related to the earlier action against Patrick in Cr 18-079, thereby bringing both matters before Judge England. The parties submit that relating the latter case with the earlier case before the same jurist accords with EDCA Local Rules. The United States and defense counsel submit that relating the matters would also be efficient for district court personnel and the U.S. Probation Office.

Further, the United States and counsel for defendant Powell move that this Court direct the Clerk of Court schedule the matter against Powell, denoted Cr 18-083, for waiver of Indictment and arraignment before the MAGISTRATE COURT at 2:00 p.m. on 4/27/18.

>MCGREGOR W. SCOTT
>United States Attorney
>
>/s/ Michelle Rodriguez  (4/23/18)
>_____
>MICHELLE RODRIGUEZ
>Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　v.<br><br>LOREN SHAWN PATRICK,<br>　　　Defendant. | CR NO. 18-079-MCE |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　v.<br><br>JACEY ALEXANDRA POWELL,<br>　　　Defendant. | CR NO. 18-083-JAM<br><br>MOTION TO RELATE CASES AND RELATED CASE ORDER AND MOTION TO SET CR 18-083 FOR HEARING |

Examination of the above-captioned matters, to wit, (1) case number 2:18-cr-00079-MCE against defendant Patrick, and (2) 2:18-cr-00083-JAM against defendant Powell, reveals that the actions are related within the meaning of Local Rule 83-123(a) and (c). Since the latter action, 18-cr-00083 arises from a similar alleged fact pattern, scheme, aiding and abetting actions, and course of criminal conduct, under Local Rule 83-123(a) and (c), it shall be related to the earlier action, 18-cr-00079. The Court additionally finds that the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. The parties should be aware that relating the cases under Local Rule 83-123(a) and (c) merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected.

MOTION TO RELATE AND ORDER

3

IT IS THEREFORE ORDERED that the actions are assigned and related to U.S. District Court Judge England, for all further proceedings. Henceforth, the caption on documents filed in the cases shall show the initials "MCE".

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment. And, IT IS FURTHER ORDERED that the clerk of the Court shall set Case No. 2:18-cr-00083 on the 2:00 p.m. 4/27/18 calendar before the MAGISTRATE COURT for further proceedings.

IT IS SO ORDERED.

Dated: April 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE