| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>LOREN PATRICK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-079 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING** |
| vs. | |
| LOREN PATRICK, | Date: August 2, 2018<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michelle Rodriguez, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Loren Patrick, that the sentencing hearing **may be continued to September 27, 2018**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The Draft Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/16/18 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 8/30/18 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 9/6/18 |

Stipulation and Order to Continue PSR Schedule   -1-

| | | |
|---|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | 9/13/18 |
| Reply or statement of non-opposition: | | 9/20/18 |
| Judgment and Sentencing Date: | | 9/27/18 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 20, 2018

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
LOREN PATRICK

Date: June 20, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant United States Attorney
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-079 MCE |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | Date: August 2, 2018<br>Time: 10:00 a.m. |
| LOREN PATRICK, | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the draft presentence report due on August 16, 2018, any informal objections due on August 30, 2018, the final Pre-Sentence Report disclosed on September 6, 2018, any formal objections due on September 13, 2018, any replies due on September 20, 2018, and the sentencing hearing reset for September 27, 2018 at 10:00 a.m. before Honorable Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE