IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LOREN PATRICK,<br><br>  Defendant. | Case No. 2:18-cr-079 MCE<br><br>**ORDER**<br><br>Date: September 27, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the draft presentence report due on November 1, 2018, any informal objections due on November 15, 2018, the final Pre-Sentence Report disclosed on November 21, 2018, any formal objections due on November 29, 2018, any replies due on December 6, 2018, and the sentencing hearing reset for December 13, 2018 at 10:00 a.m. before Honorable Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: September 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE