HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LOREN PATRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-079 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO AMEND** |
| | ) **CONDITIONS OF PRETRIAL RELEASE** |
| vs. | ) |
| LOREN PATRICK, | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michelle Rodriguez, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Loren Patrick, that Special Condition of Release 16 and 17 be removed.

The Assistant United States Attorney, Michelle Rodriguez and Pretrial Services Officer

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Renee Basurto are not opposed to the removal of location monitoring and curfew. All other conditions of release remain in full force and effect.

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Date: November 8, 2018         */s/ Jerome Price*
                               JEROME PRICE
                               Assistant Federal Defender
                               Attorneys for Defendant
                               LOREN PATRICK

Date: November 8, 2018         MCGREGOR W. SCOTT
                               United States Attorney

                               */s/ Michelle Rodriguez*
                               MICHELLE RODRIGUEZ
                               Assistant United States Attorney
                               Attorneys for Plaintiff

**O R D E R**

The Court hereby orders that Special Condition 16 and 17 of Mr. Patrick's conditions of pretrial release (ECF Document 27) be removed.  Also, that all other conditions of release remain in full force and effect.

IT IS SO ORDERED.

Dated:  November 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE