**FILED**

July 26, 2019

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　)　　　Case No. 2:18-CR-00079-MCE
　　　　　　Plaintiff,　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　ORDER FOR RELEASE OF
　　　　　　　　　　　　　　　　　　)　　　PERSON IN CUSTODY
LOREN SHAWN PATRICK,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release LOREN SHAWN PATRICK, Case No. 2:18-CR-00079-MCE, Charge 18 USC § 3606, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___　　Release on Personal Recognizance

___　　Bail Posted in the Sum of $_____

　　　___　　Unsecured Appearance Bond

　　　___　　Appearance Bond with 10% Deposit

　　　___　　Appearance Bond with Surety

　　　___　　Corporate Surety Bail Bond

　　　✔　　(Other)　　Defendant shall be released the morning of 7/29/2019 at 9:00 AM to ~~Probation~~ _Defense_ for transport to Wellspace. All previously imposed conditions of Supervised Release remain in full force and effect.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _July 26, 2019_ at _2:00_ pm..

By _____
Deborah Barnes
United States Magistrate Judge