UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 18, 2020

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LOREN SHAWN PATRICK,

        Defendant.

Case No.   2:18-cr-00079-MCE

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LOREN SHAWN PATRICK,

Case No.  2:18-cr-00079-MCE  Charge Supervised Release Violation, from custody

for the following reasons: for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    (Other): Defendant shall be released on 5/19/20 at

    9:00 am by USM to the third party custody of his

    X   parents', to be transported to Wellspace. All other

    previously imposed conditions of release remain in full

    force and effect.

Issued at Sacramento, California on May 18, 2020 at 2:54 pm

Dated:  May 18, 2020

By: _____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Click here to enter text.